**No. 60902.**—Olympia Merchandising Corp. *v.* United States, protest 290129–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60903.**—J. B. Wood Shipping Co., Inc. *v.* United States, protest 290801–K (New York).

Opinion by RICHARDSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE FIRST DIVISION, JUNE 21, 1957

**No. 60904.**—Cohen & Mann *v.* United States, protest 307150–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists wholly or in chief value of a product of which synthetic resin is the chief binding agent, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 21, 1957

**No. 60905.**—Austin Motor Co., Ltd. (England) *v.* United States, protests 152964–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of ammeters, not in chief value of glass, designed and fitted for use on Austin motorcars, similar in all material respects to those the subject of *Lucas Electrical Services, Inc.*, and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C. D. 1776), the claim of the plaintiff was sustained.